IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:97-00026 |
| | ) | JUDGE NIXON |
| RICHARD EDWARDS | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to the above-named defendant, Richard Edwards, on December 30, 1997 (Docket Entry No. 20), wherein restitution in the amount of $134,000.00 was ordered to be paid to NationsBank. Based upon information provided by the Clerk's Office, NationsBank merged with Bank of America.

Accordingly, the aforementioned Judgment in this case is hereby amended to reflect that the name of the restitution recipient is Bank of America. The restitution balance of $127,667.00 shall be paid to Bank of America.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act, 28 U.S.C. § 1651 (a), which authorizes a federal court to issue such orders "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained." *United States v. New York Tel. Co.*, 434 U.S. 159, 172 (1977).

IT IS SO ORDERED.

JOHN T. NIXON
UNITED STATES DISTRICT JUDGE